# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION (1)

| | |
|---|---|
| JOHN HENRY MCMURRY, *named as John Henry: McMurry-Bey Sui Juris* ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| vs. ) | NO. 1:10-cv-01206-GJQ -ESC |
| ) | |
| PATRICIA CARUSO, VERNON STEVENSON, SAVI THRI KAKANI, MARY EICHER, UNKNOWN PULL, *RUO,* UNKNOWN BAKER, *RUO,* UNKNOWN SAMULAK, *Ruo,* ZIVTI COHEN, MEHDI ALMASI, PRISON HEALTHCARE SERVICES, INC. BHAMINI SUDHIR, RICHARD HIRSCHLER, SYED SOHAIL, PATRICIA WILLARD, MIKE WHALEN, MARY HUBBELL, BETH GORDON, DEBBIE LAWRENCE, ) ) ) ) ) ) ) ) ) ) ) ) ) | Gordon J. Quist, Judge  Ellen S. Carmody, Magistrate Judge |
| Defendants. ) | |

John Henry McMurry, #223416
Ryan (MSP)
Ryan Correctional Facility
17600 Ryan Rd.
Detroit, MI 48212
PRO SE

MICHIGAN DEPARTMENT OF ATTORNEY
GENERAL (CORRECTIONS)
*Attorney for MDOC Defendants*
Joshua Douglas Marcum (P68244)
P. O. Box 30217
Lansing, MI  48909
Phone:  (517) 373-5021
E-Mail:  marcumj@michigan.gov

CHAPMAN AND ASSOCIATES, P.C.
Ronald W. Chapman (P37603)
Kimberley A. Koester (P48967)
*Attorneys for Defendants Prison Health Services, Inc., Syed Sohail, Mehdi Almasi, Savithri Kakani, and Richard Hirschler*
40950 Woodward, Suite 120
Bloomfield Hills, MI 48304
Phone:  (248) 644-6326
rchapman@chapmanlawfirmpc.com
kkoester@chapmanlawfirmpc.com

## MOTION TO WITHDRAWAL APPEARANCE ON BEHALF OF DR. VERNON STEVENSON

**NOW COME** the attorneys, CHAPMAN AND ASSOCIATES, P.C., and files this, the Motion to withdrawal their appearance on behalf of Dr. Vernon Stevenson.  There was a typographical error in the Response to the Motion for Appointment of Counsel which incorrectly represented that defense counsel represents Dr. Vernon Stevenson.  This is an error.  CHAPMAN AND ASSOCIATES P.C. is not authorized to represent Dr. Vernon Stevenson.

**WHEREFORE,** Counsel respectfully requests that the Court allow Counsel to Withdrawal their Appearance on Dr. Stevenson's behalf.

          Respectfully submitted,
          CHAPMAN AND ASSOCIATES, P.C.

Dated: April 12, 2012      */s/*Kimberley A. Koester_
          Ronald W. Chapman (P37603)
          Kimberley A. Koester (P48967)
          *Attorneys for Defendants*
          *Prison Health Services, Inc., Syed Sohail, Mehdi Almasi, Savithri Kakani, and Richard Hirschler*
          40950 Woodward, Suite 120
          Bloomfield Hills, MI 48304
          Phone:  (248) 644-6326
          rchapman@chapmanlawfirmpc.com
          kkoester@chapmanlawfirmpc.com

## PROOF OF SERVICE

I hereby certify that on April 12, 2012, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

          */s/*Kimberley A. Koester
          Kimberley A. Koester (P48967)
          CHAPMAN AND ASSOCIATES, P.C.
          *Attorney for Defendants Prison Health Services, Inc., Syed Sohail, Mehdi Almasi, Savithri Kakani, and Richard Hirschler*
          40950 N. Woodward, Suite 120
          Bloomfield Hills, MI. 48304
          Phone:  (248) 644-6326
          kkoester@chapmanlawfirmpc.com