UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HENRY MCMURRY #223416 ,

    Plaintiff,

v.

VERNON STEVENSON , et al.,

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:10-cv-01206

## ORDER

This matter is before the Court on Chapman and Associates, P.C.'s Motion to Withdraw Appearance on Behalf of Dr. Vernon Stevenson (Dkt. 92). The Court being fully advised in the premises, the motion (Dkt. 92) is **GRANTED**.

**IT IS SO ORDERED**.

Date: May 15, 2012

    /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge